JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

    - v. -  :    INDICTMENT

WILLIE DAVIS,  :    07 Cr.

        Defendant.  :    **07 CRIM. 832**

- - - - - - - - - - - - - - - - x


USDC SDNY
DOCUMENT
DOC #:
DATE FILED: SEP 0 4 2007
SEP 0 5 2007

COUNT ONE

The Grand Jury charges:

On or about August 5, 2007, in the Southern District of New York, WILLIE DAVIS, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 20, 1999, in New York Supreme Court, Bronx County, for robbery in the first degree in violation of New York Penal Law 160.15, unlawfully, willfully, and knowingly, did possess in and affecting commerce, two firearms, to wit, a 9mm Lorcin and a 9mm Bersa that previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_/s/ Katherine M. Brooks_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

WILLIE DAVIS,

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine U. Brooks*
Foreperson.

---

Post-It 11/1/87

9/5/07- Fld. Indictment. Case assigned to Judge Batts for all purposes.
S/ Eaton, Jr. U.S.M.J.