```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

                -against-                   07 Cr. 832 (DAB)
                                              ORDER
WILLIE DAVIS,

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

On October 17, 2007 the Defendant pled guilty before Magistrate Judge Pitman. The Probation Office shall complete its final Pre-sentencing Report by January 17, 2008.

The sentencing date has been adjourned sine die.

The Parties shall submit to Chambers any pre-sentencing arguments and information that they might wish to present by 4:00 on January 25, 2008. Even if the Parties completely concur with the recommendations of the Probation Office's Pre-sentencing Report or if a Party has no response to the opposing Party's pre-sentencing submission, the Court nonetheless requires a written statement to that effect on or before January 25, 2008.

SO ORDERED.

Dated:   New York, New York
         November 16, 2007

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge